UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

HUONG THI NGUYEN,

        Plaintiff.

COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

CV No.: 3:16-cv-02258-JE

ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $12,009.20 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this __19th__ day of __December__, _2018_.

                                                                   /s/ John Jelderks
                                                                   John Jelderks
                                                                   United States Magistrate Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff